UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MESSER STRICKLER BURNETTE, LTD.**
Matthew B. Johnson
49 West Jericho Turnpike #1004
S. Huntington, NY 11746-3603
Ph: 646.718.4403
mjohnson@messerstrickler.com
*Attorneys for Defendant Apelles, LLC*

| | |
|---|---|
| TYLER THERIEN,<br><br>    Plaintiff,<br><br> vs.<br><br>TRUEACCORD CORP.,<br><br>    Defendant. | CIVIL ACTION<br><br>Case No.<br>3:25-cv-00417-RK-JTQ<br><br>The Hon. Robert Kirsch |

### DEFENDANT TRUEACCORD CORP.'S
### RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate potential disqualification or recusal, the undersigned counsel for Defendant TrueAccord Corp. hereby discloses the following:

1. TrueAccord's parent entity is TrueML Technologies, LLC.

2. No portion of the equity of TrueAccord or TrueML Technologies, LLC is publicly traded.

Dated: New York, NY
February 7, 2025               Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

*/s/ Matthew B. Johnson*
Matthew B. Johnson
49 West Jericho Turnpike #1004
S. Huntington, NY 11746-3603
Ph: 646.718.4403
mjohnson@messerstrickler.com

*Attorneys for Defendant*
*TrueAccord Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this February 7, 2025, a true and accurate copy of the foregoing was filed with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record.

**MESSER STRICKLER BURNETTE, LTD.**

*/s/ Matthew B. Johnson*
Matthew B. Johnson
*Attorneys for Defendant*
*TrueAccord Corp.*